U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT    OCT 11 2001

WESTERN DISTRICT OF LOUISIANA   ROBERT H. ___, CLERK
                                BY_____ DEPUTY

LAFAYETTE DIVISION

| STANFORD B. GAUTHIER, II | * | CIVIL ACTION NO. CV01-0494-L |
|---|---|---|
| VERSUS | * | JUDGE MELANCON |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL | * | MAGISTRATE JUDGE METHVIN |

## STIPULATION OF PARTIAL DISMISSAL

NOW INTO COURT, come plaintiff, STANFORD B. GAUTHIER, II, and defendants BANC ONE TEXAS LEASING CORPORATION, BANK ONE, NA (successor by merger to Bank One, Texas, National Association), and BANC ONE ACCEPTANCE CORPORATION, each through undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby stipulate that all claims herein asserted by plaintiff against BANC ONE TEXAS LEASING CORPORATION, BANK ONE, NA (successor by merger to Bank One, Texas, National Association), and BANC ONE ACCEPTANCE CORPORATION be dismissed with prejudice.

Shreveport, Louisiana this 23 day of September, 2001.

BODENHEIMER, JONES & SZWAK, L.L.P.

By: _____
David A. Szwak, #21157
610 Marshall, Suite 903
Shreveport, Louisiana 71101
Telephone: (318) 424-1400
Facsimile: (318) 424-1476

ATTORNEYS FOR PLAINTIFF

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.

By: _____
    L. David Cromwell, #1799
509 Market Street, Suite 200
Post Office Box 1786
Shreveport, Louisiana 71166-1786
Telephone: (318) 221-1800
Facsimile: (318) 226-0390

ATTORNEYS FOR DEFENDANTS BANC ONE TEXAS LEASING CORPORATION, BANK ONE, NA and BANC ONE ACCEPTANCE CORPORATION

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | | |
|---|---|---|
| STANFORD B. GAUTHIER, II | * | CIVIL ACTION NO. CV01-0494-L |
| | * | |
| VERSUS | * | JUDGE MELANCON |
| | * | |
| EXPERIAN INFORMATION | * | |
| SOLUTIONS, INC., ET AL | * | MAGISTRATE JUDGE METHVIN |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been served on all counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly affixed thereto.

Shreveport, Louisiana this _8_ day of _October_, 2001.

_____
OF COUNSEL

## PETTIETTE, ARMAND, DUNKELMAN, WOODLEY, BYRD & CROMWELL, L.L.P.
### ATTORNEYS AND COUNSELLORS AT LAW
### 509 MARKET STREET, SUITE 200
### SHREVEPORT, LOUISIANA 71101

LAWRENCE W. PETTIETTE, JR.*
DONALD ARMAND, JR.
ROBERT A. DUNKELMAN
JOSEPH S. WOODLEY
EDWIN H. BYRD, III
L. DAVID CROMWELL
ANNA MARIA SPARKS
MONA H. MILLER
ELIZABETH A. LAWRENCE
CHRISTOPHER R. JOHNSON

MAILING ADDRESS:
POST OFFICE BOX 1786
SHREVEPORT, LA 71166-1786
TEL. (318) 221-1800
FAX (318) 226-0390
padwb@bellsouth.net

*ALSO ADMITTED IN TEXAS

RECEIVED
OCT 11 2001
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

October 8, 2001

Clerk of Court
United States District Court
Western District of Louisiana, Lafayette Division
Federal Building
800 Lafayette Street, Suite 3500
Lafayette, Louisiana 70501

      Re:  *Stanford B. Gauthier, II v. Experian Information Solutions, Inc., et al*, No. CV01-0494-LO, Judge Melancon, Magistrate Judge Methvin

Dear Sir or Madam:

      Enclosed is an original, plus one copy of a Stipulation of Partial Dismissal and Certificate of Service for the above referenced suit. Please file the original and return the copy in the enclosed self-addressed, stamped envelope.

      Thank you for your attention to this matter.

Yours very truly,

Terri W. Dickerson
Secretary to L. David Cromwell

/twd
Enclosures

cc:  David Szwak
      Lawrence Billeaud
      Dan McLoon
      Glenn Orgeron
      Brian Farlow

11171.ltr