

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

DEC 11 2001

ROBERT H. SHEMWELL, CLERK
BY_____
                    DEPUTY

STANFORD B.  GAUTHIER, II

Versus

EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL

CAUSE NO.:
     01-494-LO
JUDGE METHVIN
*JURY DEMANDED*
MAGISTRATE-JUDGE METHVIN

## MOTION TO DISMISS

NOW INTO COURT comes Plaintiff, STANFORD B.  GAUTHIER, II,

who respectfully wishes to dismiss his action as to all of the

defendants, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION,

L.L.C. A/K/A TRANS UNION CORPORATION, BANC ONE TEXAS LEASING

CORP., BANK ONE, TEXAS, N.A., and BANC ONE ACCEPTANCE

CORPORATION, as this case has settled.

WHEREFORE PLAINTIFF PRAYS that this Honorable Court dismiss

this action entirely and dismiss his claims against EXPERIAN

INFORMATION SOLUTIONS, INC., TRANS UNION, L.L.C. A/K/A TRANS

UNION CORPORATION, BANC ONE TEXAS LEASING CORP., BANK ONE, TEXAS,

N.A., and BANC ONE ACCEPTANCE CORPORATION, with prejudice.

Respectfully submitted:

**BODENHEIMER, JONES, SZWAK & WINCHELL**
By:
**DAVID A. SZWAK, LBR#21157**
401 Market Street, Ste. 240
Shreveport, Louisiana  71101
(318) 424-1400
FAX (318) 424-1476
***ATTORNEYS FOR PLAINTIFF***

## C E R T I F I C A T E

I HEREBY CERTIFY that I have furnished a copy of the
foregoing to all opposing counsel, by placing copy of same in the
United States Mail, properly addressed and with proper postage,
this ___10___ day of ___December___, 2001.

_____
OF COUNSEL



RECEIVED

DEC 1 1 2001

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

STANFORD B.  GAUTHIER, II

Versus

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS
UNION, L.L.C. A/K/A TRANS
UNION CORPORATION, BANC
ONE TEXAS LEASING CORP.,
BANK ONE, TEXAS, N.A., and
BANC ONE ACCEPTANCE
CORPORATION

CAUSE NO.:
        01-494-LO
JUDGE METHVIN
*JURY DEMANDED*
MAGISTRATE-JUDGE METHVIN

## J U D G M E N T

CONSIDERING PLAINTIFF'S MOTION TO DISMISS:

IT IS HEREBY ORDERED that Plaintiffs' action against the

defendants, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION,

L.L.C. A/K/A TRANS UNION CORPORATION, BANC ONE TEXAS LEASING

CORP., BANK ONE, TEXAS, N.A., and BANC ONE ACCEPTANCE

CORPORATION, be dismissed with prejudice.

Lafayette, Louisiana, this the ___ day of _____,

2001.

_____
J U D G E