RECEIVED

DEC 1 1 2001

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**FILED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12, 17, 01
BY _____

STANFORD B.  GAUTHIER, II

Versus

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS
UNION, L.L.C. A/K/A TRANS
UNION CORPORATION, BANC
ONE TEXAS LEASING CORP.,
BANK ONE, TEXAS, N.A., and
BANC ONE ACCEPTANCE
CORPORATION

CAUSE NO.:
      01-494-LO
JUDGE METHVIN
*JURY DEMANDED*
MAGISTRATE-JUDGE METHVIN

## J U D G M E N T

CONSIDERING PLAINTIFF'S MOTION TO DISMISS:

IT IS HEREBY ORDERED that Plaintiffs' action against the

defendants, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION,

L.L.C. A/K/A TRANS UNION CORPORATION, BANC ONE TEXAS LEASING

CORP., BANK ONE, TEXAS, N.A., and BANC ONE ACCEPTANCE

CORPORATION, be dismissed with prejudice.

Lafayette, Louisiana, this the 14th day of December,
2001.

_____
J U D G E

COPY SENT
DATE 12-17-01
BY 
TO: TLM
   Order Box

JUDGMENT ENTERED
December 18, 2001
BY 
COPY Szwak
   Billaud
   Hamilton
   McLean
   Farlow
   Waters
   Cromwell

18